**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>FRANCIS ELIAS AXIAQ,<br><br>      Defendant.<br>_____/ | No. C 08-04637 CRB<br><br>**ORDER OF REFERENCE** |

    IT HEREBY IS ORDERED that this case is referred to Magistrate Judge Joseph C. Spero for a settlement conference, to be conducted by him. The parties will be notified by the assigned Magistrate Judge of the date, time, and place of the settlement conference.

    **IT IS SO ORDERED.**

Dated: September 18, 2009

                                                          CHARLES R. BREYER<br>
                                                       UNITED STATES DISTRICT JUDGE